*71
 

 Per Curiam.
 

 Sections 14 and 15 of tbe Election Law confer power upon the county committee to adopt rules in regard to tbe creation and selection of members of tbe county executive committee. No question has been raised that tbe 1956 Rules of tbe Queens County Democratic Committee were validly adopted. These rules continue tbe pattern introduced in 1954 of choosing executive committee members from what are denominated executive districts into which tbe Assembly Districts in tbe county are subdivided. Tbe order of tbe Appellate Division, affirming that of Special Term, involved a finding of fact that tbe boundaries of tbe 7th Executive District in tbe 4th Assembly District, Queens County, bad been defined and proclaimed with sufficient certainty to be ratified and confirmed by rule VIII, adopted in 1956. Appellants’ contention that rule VII violates section 12 of tbe Election Law was not raised at tbe Appellate Division. However, to meet that contention, respondents have conceded that no county committee member elected from an election district within a particular executive district, is to be disqualified from voting for a member of tbe executive committee in that executive district by reason of bis residence in tbe same Assembly District outside of tbe said executive district. So construed, we find no objection to tbe rule challenged. Tbe order appealed from should be affirmed.
 

 Conway, Cb. J., Desmond, Dye, Fttld, Froessel, Van Voorhis and Burke, JJ., concur.
 

 Order affirmed.